1  Anthony Barnes (Bar No. 199048)
2  Jason Flanders (Bar No. 238007)
   Email: amb@atalawgroup.com
3  AQUA TERRA AERIS LAW GROUP LLP
4  490 43rd Street, Suite 108
   Oakland, CA 94609
5  Phone: (917) 371-8293

6  ORANGE COUNTY COASTKEEPER
7  Colin Kelly (Bar No. 266956)
   Email: Colin@coastkeeper.org
8  3151 Airway Avenue, Suite F-110
9  Costa Mesa, CA 92626
   Telephone: (714) 850-1965
10

11 *Attorneys for Plaintiff*
   ORANGE COUNTY COASTKEEPER
12

13            **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| 15  ORANGE COUNTY COASTKEEPER, a<br>16  California non-profit corporation,<br>17      Plaintiff,<br>18   v.<br>19<br>20  ALUMINUM PRECISION PRODUCTS,<br>21  INC., a California corporation,<br>22      Defendant. | **Civil Case No.:** 8:19-cv-00751-PA-(KESx)<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>Judge:  Hon. Percy Anderson |

23
24
25
26
27
28

---

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE

**PLEASE TAKE NOTICE THAT:**

WHEREAS, on February 4, 2020, Plaintiff Orange County Coastkeeper ("Plaintiff") and Defendant Aluminum Precision Products, Inc. ("Defendant") (collectively "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaints (case number 8:19-cv-00752-R-KES was consolidated for all purposes into the instant case with the lower case number, 8:19-cv-00751-PA-KESx); and

WHEREAS, on February 5, 2020, Plaintiff filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States code, title 33 section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (Dkt #34); and

WHEREAS, on February 6, 2020, Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Consent Decree and would notify the Court of any objections to the Consent Decree by March  (Dkt #35); and

WHEREAS, on March 23, 2020, the United States Department of Justice issued its Statement of Interest of the United States and Comments on Proposed Consent Decree, in which it stated that the United States does not object to the Court's entry of the Consent Decree into judgment, which Plaintiff files with this Court (Dkt #36); as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the Consent Decree as judgment.

//

//

ATA Law Group
490 43rd Street, Suite 108
Oakland CA 94608
917-371-8293

1

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE

1   DATED: March 23, 2020

2

3

4                                                Anthony M. Barnes
                                                 Attorney for Plaintiff
5                                                Orange County Coastkeeper

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28