Anthony Barnes (Bar No. 199048)
Jason Flanders (Bar No. 238007)
Email: amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
490 43rd Street, Suite 108
Oakland, CA 94609
Phone: (917) 371-8293

ORANGE COUNTY COASTKEEPER
Colin Kelly (Bar No. 266956)
Email: Colin@coastkeeper.org
3151 Airway Avenue, Suite F-110
Costa Mesa, CA 92626
Telephone: (714) 850-1965

*Attorneys for Plaintiff*
ORANGE COUNTY COASTKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALUMINUM PRECISION PRODUCTS, INC., a California corporation,<br><br>Defendant. | **Civil Case No.:** 8:19-cv-00751-PA-(KESx)<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>Judge: Hon. Percy Anderson |

**PLEASE TAKE NOTICE THAT:**

WHEREAS, on February 4, 2020, Plaintiff Orange County Coastkeeper ("Plaintiff") and Defendant Aluminum Precision Products, Inc. ("Defendant") (collectively "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaints (case number 8:19-cv-00752-R-KES was consolidated for all purposes into the instant case with the lower case number, 8:19-cv-00751-PA-KESx); and

WHEREAS, on February 5, 2020, Plaintiff filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States code, title 33 section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (Dkt #34); and

WHEREAS, on February 6, 2020, Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Consent Decree and would notify the Court of any objections to the Consent Decree by March  (Dkt #35); and

WHEREAS, on March 23, 2020, the United States Department of Justice issued its Statement of Interest of the United States and Comments on Proposed Consent Decree, in which it stated that the United States does not object to the Court's entry of the Consent Decree into judgment, which Plaintiff files with this Court (Dkt #36); as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the Consent Decree as judgment.

//
//

1 | DATED: March 26, 2020

*[signature]*

Anthony M. Barnes
Attorney for Plaintiff
Orange County Coastkeeper